UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| ALAN T. MECH<br><br>　　　　Plaintiff,<br><br>　v.<br><br>VIEWPOINT, INC.<br><br>　　　　Defendant. | Civil Case No.: 1:21−cv−02621−ADC<br><br>**Rule 41 Dismissal of Action** |

## STIPULATION OF DISMISSAL

　　IT IS HEREBY STIPULATED by and between the parties to this action through their respective counsel of record that the above-referenced action be dismissed in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), including all claims and counterclaims, with prejudice and without costs or fees to any party.

Dated: October 5, 2022

Respectfully Submitted,

| | |
|---|---|
| */s/ Rachel Mech*<br>Rachel N. Mech, Esq. (#19479)<br>Offit Kurman, P.A.<br>300 East Lombard Street #2010<br>Baltimore, MD  21202<br>Direct: (410) 209-6447<br>Fax: (410) 209-6435<br>rmech@offitkurman.com<br><br>Attorney for the Plaintiff | */s/ Courtney Angeli*<br>Courtney Angeli, Esq. (941765) *Pro Hac Vice*<br>Lucy Ohlsen, Esq. (184198) *Pro Hac Vice*<br>Buchanan Angeli Altschul & Sullivan LLP<br>921 SW Washington Street, Suite 516<br>Portland, OR  97205<br>Direct: (503) 974-5015<br>Fax: (971) 230-0337<br>Courtney@baaslaw.com;<br>Lucy@baaslaw.com<br><br>Attorneys for the Defendant |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2022, I served the foregoing **STIPULATION OF DISMISSAL** via Email and notice of electronic filing using the CM/ECF system on the following named persons:

Rachel N. Mech, Esq. (#19479)
Offit Kurman, P.A.
300 East Lombard Street #2010
Baltimore, MD  21202
Direct: (410) 209-6447
Fax: (410) 209-6435
Email: rmech@offitkurman.com